1 JOHN E. PEER - State Bar No.: 95978
jpeer@woollspeer.com
2 JEFFREY A. DOLLINGER - State Bar No,: 146582
jdollinger@woollspeer.com
3 CAITLIN R. ZAPF - State Bar No. 255450
czapf@woollspeer.com
4 **WOOLLS & PEER**
A Professional Corporation
5 One Wilshire Boulevard, 22nd Floor
Los Angeles, California 90017
6 Telephone: (213) 629-1600
Facsimile: (213) 629-1660

Attorneys for Plaintiff and Counterclaim Defendant
AMERICAN CASUALTY COMPANY OF READING, PA

ROBERT E. FEYDER – State Bar No.: 130688
KEVIN S. ASFOUR – State Bar No.: 228993
Kevin.Asfour@klgates.com
K&L GATES LLP
10100 Santa Monica Boulevard, 7th Floor
Los Angeles, California 90067
Telephone: (310) 552-5000
Facsimile: (310) 552-5001

Attorneys for Defendants and Counterclaimants
United California Discount Corporation, John Cummings,
Joe Clark, Dave Clark and Ken Wong

JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED CALIFORNIA DISCOUNT CORPORATION; JOHN CUMMINGS, JOE CLARK, DAVE CLARK, and KEN WONG,<br><br>Defendants.<br><br>UNITED CALIFORNIA DISCOUNT | Case No.: CV10-4608 PA (FFMx)<br><br>Assigned to the Hon. Percy Anderson<br><br>[~~PROPOSED~~] **ORDER RE DISMISSAL OF ENTIRE ACTION INCLUDING COMPLAINT AND COUNTER CLAIMS WITH PREJUDICE** |

245799.1

1

CORPORATION; JOHN CUMMINGS; JOE CLARK; DAVE CLARK; and KEN WONG,

    Counterclaimants,

v.

AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA,

    Counterclaim-Defendants.

### [PROPOSED] ORDER:

Upon stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that the entire action is dismissed with prejudice.

Dated: May 8, 2011

Honorable Percy Anderson
United States District Judge

245799.1